# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J Ward-Malone,<br><br>      Petitioner,<br><br>v.<br><br>M. Gutierrez,<br><br>      Respondent. | No. CV-22-00549-TUC-SHR<br><br>**Order Accepting Report and Recommendation With No Objection** |

      On May 17, 2023, Magistrate Judge Maria S. Aguilera issued a Report and Recommendation ("R&R") in which she recommended the Court deny and dismiss Petitioner Christopher J Ward-Malone's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"). (Doc. 16.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. (*Id.*) No objections have been filed.

      If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

      The Court has reviewed the Petition (Doc. 1), the Respondent's Answer (Doc. 13),

Petitioner's Reply (Doc. 15), and Judge Aguilera's R&R (Doc. 16).  The Court finds the R&R well-reasoned and agrees with Judge Aguilera's conclusion that the record shows Petitioner received due process on the charge of possessing a dangerous weapon.

**IT IS ORDERED** the R&R (Doc. 23) is **ACCEPTED** and Plaintiff's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DENIED** and **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** the Clerk of Court shall docket accordingly and **close this case**.

Dated this 23rd day of August, 2023.

Honorable Scott H. Rash
United States District Judge